UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CRYSTAL DIETZE,**

        **Plaintiff,**

v.                            Case No. 6:23-cv-330-CEM-RMN

**DISNEY VACATION CLUB MANAGEMENT LLC,**

        **Defendant.**

                                      /

**ORDER**

THIS CAUSE is before the Court on Order to Show Cause (Doc. 39) and the United States Magistrate Judge's Report and Recommendation (Doc. 42) thereon, which recommends that this matter be dismissed without prejudice for failure to prosecute.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 42) is **ADOPTED** and made a part of this Order.

2. This case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party